# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES E. HAMNER, ADC #143063**                                                       **PLAINTIFF**

**v.**                                      **NO. 5:16CV00369 JLH-BD**

**WENDY KELLEY, et al.**                                                                 **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Hamner's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Hamner's claims that the defendants violated his due process rights and that defendants violated ADC policy and procedure is DISMISSED, without prejudice. His claims for money damages against the defendants in their official capacities are DISMISSED, with prejudice.

IT IS SO ORDERED this 12th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE