# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHARLES E. HAMNER, ADC #143063                                         PLAINTIFF

v.                              NO. 5:16CV00369 JLH/BD

WENDY KELLEY, et al.                                                  DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Charles E. Hamner's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Hamner's motion for preliminary injunctive relief is DENIED. Document #14.

IT IS SO ORDERED this 8th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE