IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. HAMNER,
ADC #143063                                                                                    PLAINTIFF

V.                          CASE NO. 5:16-CV-00369 JLH/BD

WENDY KELLEY, et al.                                                                       DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Hamner's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The pending motions for summary judgment (docket entries #52, #55) are GRANTED. Hamner's claims against Defendants Kelley, Naylor, White, and Reed are DISMISSED, without prejudice, based on a failure to exhaust his administrative remedies.

IT IS SO ORDERED this 22nd day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE