IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER, ADC#143063**                                            **PLAINTIFF**

v.                        **CASE NO. 5:16-CV-00369-JLH-BD**

**KEITH WADDLE**                                                              **DEFENDANT**

**DEFENDANT KEITH WADDLE'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT ON THE MERITS**

Comes now the Defendant, Keith Waddle, by and through his attorneys, Arkansas Attorney General Leslie Rutledge and Assistant Attorney General Maryna O. Jackson, and for his Statement of Undisputed Facts in Support of Motion for Summary Judgment on the Merits states:

1. Mr. Hamner has sued Defendant Waddle under 42 U.S.C. § 1983, claiming that he retaliated against him for filing a claim in the Arkansas State Claims Commission. (D.E. #2, #29). All other claims were dismissed. (D.E. #35).

2. Charles E. Hamner, an Arkansas Department of Correction inmate, struggled with drug addiction for years. Hamner Dep. 12:8-13:20.

3. Mr. Hamner's subsequent conviction and admission to the ADC system did not stop him from using drugs. Hamner Dep. 67:19-20.

4. On November 21, 2014, Mr. Hamner tested positive for the marijuana. *See* Major Disciplinary, attached as Exhibit B to the Memorandum Brief.

5. Keith Waddle was a hearing officer over the 2014 disciplinary. *Id*.

6. Mr. Hamner subsequently appealed his disciplinary to the Arkansas State Claims Commission. (D.E. #2).

7. Mr. Hamner admitted using drugs in January of 2015, and "three or four times" between January and October of 2015. Hamner Dep. 67:16-22, 69:10-14.

8. On October 22, 2015, Corporal Kendra Hopson was working at barracks 9, zone 3 of the Tucker Unit when she observed Hamner falling down under the dayroom benches. See Incident Report, attached as Exhibit C to the Memorandum Brief. See also Hamner Dep. p.p. 27-28.

9. Hamner was incoherent, his eyes were blood shot and his speech was slurred. Hamner Dep. 28:3-29:24.

10. Hamner said "I need help, I need help." Hamner Dep. 32:6-20.

11. Hopson called for help to all available officers. Hamner Dep. 30:11-12.

12. Hamner was escorted to the infirmary. Hamner Dep. 32:21-33:12.

13. As a result of this incident, Hopson wrote a disciplinary and charged Hamner with rule violation 02-2, for being under influence of/or any use of illegal drugs, alcohol, intoxication chemical or any medication in unauthorized manner. *See* Exhibit C.

14. Hearing officer Keith Waddle affirmed the disciplinary. *Id*.

15. Mr. Hamner was not tested for drugs on October 22, 2015. See Exhibit C.

16. Ms. Hopson issued the disciplinary. *Id*.

17. Plaintiff did not ask Defendant to recuse from hearing his disciplinary. *Id.*

18. Plaintiff waited until Ms. Waddle issued his decision and then filed this lawsuit claiming retaliation.

19. Plaintiff understood that Defendant received his disciplinary seven (7) days after it was issued by Ms. Hopson. Hamner Dep. 54:21-25.

20. Plaintiff understood that even if Mr. Waddle ordered to test him for drug use, such test would not show if Plaintiff was under influence on October 2, 2015. Hamner Dep. 54:15-19.

21. Plaintiff understood that no ADC policy states that an inmate cannot be disciplined for being under influence unless he was given a drug test. Hamner Dep. 73:6-15.

*WHEREFORE*, Defendant respectfully requests that this Court grant his motion for summary judgment and for all other just and proper relief to which he is entitled.

Respectfully submitted,

Leslie Rutledge
Attorney General

By:  /s/ Maryna O. Jackson
Maryna O. Jackson
Arkansas Bar No. 2009111
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 683.3296
Fax: (501) 682.2591
maryna.jackson@arkansasag.gov
*Attorneys for Keith Waddle*

## CERTIFICATE OF SERVICE

I, Maryna O. Jackson, Assistant Attorney General, hereby certify that on November 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

I, Maryna O. Jackson, Assistant Attorney General, do hereby certify that on November 13, 2017, I mailed the document by United States Postal Service to the following non CM/ECF participants.

Charles E. Hamner, ADC #143063
ADC – Varner Supermax
P. O. Box 400
Grady, AR  71644-0400

/s/ Maryna O. Jackson
Maryna O. Jackson