IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER, ADC #143063**                    **PLAINTIFF**

**V.**              **CASE NO. 5:16-CV-369 JLH-BD**

**WENDY KELLEY, et al.**                            **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully considering the Recommendation and Hamner's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Waddle's motion for summary judgment (docket entry #89) is GRANTED. Hamner's claims are DISMISSED with prejudice. Hamner's motion for summary judgment (#86) is DENIED as moot.

IT IS SO ORDERED this 18th day of January, 2018.

                                            _____
                                            UNITED STATES DISTRICT JUDGE