# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES E. HAMNER,**
**ADC #143063**                                                     **PLAINTIFF**

**V.**                 **CASE NO. 5:16-CV-369-JLH-BD**

**WENDY KELLEY, et al.**                                              **DEFENDANTS**

## ORDER

The Eighth Circuit Court of Appeals remanded Plaintiff Charles E. Hamner's retaliation claim against Defendant Waddle for further proceedings in this Court. (Docket entry #112) Mr. Hamner has moved for court-appointed counsel and has requested that the Court schedule a jury trial in this matter. (#115) Mr. Hamner's motion (#115) is GRANTED, in part, and DENIED, in part. His request for court-appointed counsel is GRANTED.

Attorney Joseph Robert Perry, Daggett, Donovan & Perry, PLLC, Post Office Box 389, Marianna, Arkansas 72360, telephone number (870) 295-3434, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff Charles E. Hamner in all further proceedings in this case.

The Clerk of Court is directed to send Mr. Perry a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff 501-604-5114, and a copy of the file, or any portion requested, will be provided via compact disc free of charge.

Under Local Rule 83.7, Mr. Perry must make written application to withdraw within 21 days of the date of this order if there is cause for his withdrawal; otherwise, the appointment will be effective.

Mr. Hamner's request for a jury trial setting, however, is DENIED, at this time. After Mr. Perry's appointment is effective, the Court will refer this matter to the presiding judge, the Honorable J. Leon Holmes, who will set the case for trial.

IT IS SO ORDERED, this 16th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE