IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER,**
ADC #143063                                                                                      **PLAINTIFF**

V.                       CASE NO. 5:16-CV-369-JLH-BD

**WENDY KELLEY,** *et al*.                                                            **DEFENDANTS**

## ORDER

Mr. Hamner's court-appointed attorney, Sara Merritt, has moved to withdraw as his counsel. (Docket entry #122) For good cause, the motion (#122) is GRANTED. Ms. Merritt is relieved as attorney of record for Mr. Hamner. The Clerk, however, is instructed to place Ms. Merritt back on the Civil Pro Bono Panel Assignment Order and Worksheet so that she will be eligible for appointment in other civil rights cases.

Attorney Leslie Borgognoni, 424 East Sixth Street, Little Rock, Arkansas 72202, telephone number (501) 376-0310, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent Plaintiff Charles E. Hamner in all further proceedings in this case.

The Clerk of Court is directed to send Ms. Borgognoni a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, she should contact court staff 501-604-5114, and a copy of the file, or any portion requested, will be provided via compact disc free of charge.

2

Under Local Rule 83.7, Ms. Borgognoni has 21 days to make written application to withdraw, if there is good cause for her withdrawal; otherwise, the appointment will be effective.

IT IS SO ORDERED, this 6th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE