IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER, ADC#143063**                                                **PLAINTIFF**

**v.**                         **CASE NO. 5:16-CV-00369-JLH-BD**

**KEITH WADDLE**                                                                 **DEFENDANT**

NOTICE OF SCHEDULING CONFLICT

Comes now the Defendant, Keith Waddle, by and through his attorneys, Arkansas Attorney General Leslie Rutledge and Assistant Attorney General Maryna O. Jackson, and for his Notice of Scheduling Conflict states as follows:

1.      On June 26, 2020, the Court scheduled this case for trial starting on February 8, 2021. (D.E. 125). Counsel for Defendant has another trial that is scheduled to start on the same day in *Cater v. Arkansas Department of Correction*, Case No. 5:18-cv-00047-DPM. In *Cater*, on May 4, 2020, the court scheduled the trial to start on February 8, 2021. (D.E. 55).

2.      Because the *Cater* trial was scheduled first, Defendant respectfully asks this Court to reschedule trial in this case.

                                                Respectfully submitted,

                                                Leslie Rutledge
                                                Attorney General


                                        By:     Maryna O. Jackson
                                                Maryna O. Jackson
                                                Arkansas Bar No. 2009111
                                                Assistant Attorney General
                                                323 Center Street, Suite 200
                                                Little Rock, Arkansas 72201
                                                Telephone: (501) 683.3296
                                                Fax: (501) 682.2591
                                                maryna.jackson@arkansasag.gov

*Attorneys for Keith Waddle*

## CERTIFICATE OF SERVICE

I, Maryna O. Jackson, Assistant Attorney General, hereby certify that on August 25, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

<u>Maryna O. Jackson</u>
Maryna O. Jackson