IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER, ADC#143063**                                                                 **PLAINTIFF**

v.                              **CASE NO. 5:16-CV-00369-JM-BD**

**KEITH WADDLE**                                                                                      **DEFENDANT**

## DEFENDANT KEITH WADDLE'S SECOND MOTION FOR SUMMARY JUDGMENT ON THE MERITS

Comes now Defendant Keith Waddle, and his Second Motion for Summary Judgment on the Merits states as follows:

1.  Defendant previously filed a motion for summary judgment in this case (D.E. Nos. 89, 90, and 91). The United States Magistrate Judge Beth Deere recommended this case to be dismissed with prejudice (D.E. 98). The Senior Judge of the United States District Court for the Eastern District of Arkansas Leon Holmes adopted the proposed recommendations (D.E. 100), and Plaintiff appealed. The United States Court of Appeals for the Eighth Circuit Court affirmed the judgment in part and reversed in part, and the case was remanded for further proceedings. *Hamner v. Kelley*, 737 Fed. Appx. 801, 802 (8th Cir. 2018)(unpublished).

2.  The only issue that remains in this case is whether Hamner can meet his burden of proof to show that Waddle was not an impartial decision maker. *Id*. Hamner presented evidence reflecting that he had named Waddle in his claim with the Arkansas State Claims Commission, which was pending at the time of his disciplinary hearing. *Id*. In addition, the video recording captured only the formal

proceedings of the hearing, but Hamner alleged in his verified amended complaint that he asked Waddle to recuse himself "prior to" the hearing. *Id.*

3. For the reasons articulated in the Memorandum Brief in Support of Defendant's Second Motion for Summary Judgment filed contemporaneously, Defendant respectfully requests that summary judgment should be granted in their favor and this lawsuit be dismissed in its entirety.

**WHEREFORE**, Defendant respectfully requests that this Court grant his Second Motion for Summary Judgment.

          Respectfully submitted,

          Leslie Rutledge
          Attorney General

By:   Maryna O. Jackson
      Maryna O. Jackson
      Arkansas Bar No. 2009111
      Assistant Attorney General
      323 Center Street, Suite 200
      Little Rock, Arkansas 72201
      Telephone: (501) 683.3296
      Fax: (501) 682.2591
      maryna.jackson@arkansasag.gov
      *Attorneys for Keith Waddle*

## CERTIFICATE OF SERVICE

I, Maryna O. Jackson, Assistant Attorney General, hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

          Maryna O. Jackson
          Maryna O. Jackson