IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER, ADC#143063**                                    **PLAINTIFF**

v.                            **CASE NO. 5:16-CV-00369-JM-BD**

**KEITH WADDLE**                                                     **DEFENDANT**

**DEFENDANT KEITH WADDLE'S STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF SECOND MOTION FOR SUMMARY
JUDGMENT ON THE MERITS**

Comes now Defendant Keith Waddle, and his Statement of Undisputed Material Facts in Support of Second Motion for Summary Judgment on the Merits states as follows:

1. Because Defendant previously filed a motion for summary judgment, and there are no new facts in dispute, Defendant incorporates herein his Statement of Undisputed Material Facts in Support of his Motion for Summary Judgment. (D.E. 91).

**WHEREFORE**, Defendant respectfully requests that this Court grant his Second Motion for Summary Judgment.

                        Respectfully submitted,

                        Leslie Rutledge
                        Attorney General

            By:   <u>Maryna O. Jackson</u>
                  Maryna O. Jackson
                  Arkansas Bar No. 2009111
                  Assistant Attorney General

        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Telephone: (501) 683.3296
        Fax: (501) 682.2591
        maryna.jackson@arkansasag.gov
        *Attorneys for Keith Waddle*

## **CERTIFICATE OF SERVICE**

      I, Maryna O. Jackson, Assistant Attorney General, hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

        Maryna O. Jackson
        Maryna O. Jackson