IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES E. HAMNER, ADC#143063**                                    **PLAINTIFF**

v.                    **CASE NO. 5:16-CV-00369-JLH-BD**

**KEITH WADDLE, DISCIPLINARY**                                       **DEFENDANTS**
**HEARING OFFICER, ADC, *ET AL*.**

## JOINT STATUS REPORT

Come now Plaintiff Charles Hamner, and Defendant, Keith Waddle, by and through their undersigned counsel, and for their Joint Status Report submit:

1.  Defendants' Second Motion for Summary Judgment is pending in front of the Court. Defendant previously filed a Notice of conflict with the trial date. There is no longer any conflict with the trial date.

2.  The parties have discussed the possibility of the settlement. Defendant stated that the settlement is unlikely.

3.  The parties anticipate that the trial in this case will not take more than 3 (three) days.

                                                      Respectfully submitted,

                                                      Leslie Rutledge
                                                      Attorney General

                                By:   <u>Maryna O. Jackson</u>
                                        Maryna O. Jackson
                                        Arkansas Bar No. 2009111
                                        Assistant Attorney General

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 683.3296
Fax: (501) 682.2591
maryna.jackson@arkansasag.gov
*Attorneys for ADC Defendant*

AND

**Leslie Borgognoni**
Bar Number 85013
*Attorney for  Plaintiff, Hamner*
424 E. 6th Street
 Little Rock, Arkansas 72202
(501) 371-0310
lborgognoni@sbcglobal.net

2