# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES E. HAMNER,**
**ADC #143063**                                                                                      **PLAINTIFF**

**V.**                     **CASE NO. 5:16-CV-00369-JLH-BD**

**WENDY KELLEY, et al.**                                                       **DEFENDANTS**

## **ORDER**

Mr. Hamner has moved for additional time to respond to Defendant Waddle's second motion for summary judgment. (Doc. No. 137) Defendant Waddle does not oppose the motion.

For good cause, the motion is GRANTED. Mr. Hamner's response to Defendant Waddle's motion for summary judgment is now due by January 25, 2021.

IT IS SO ORDERED, this 11th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE