IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES E. HAMNER,
ADC #143063                                                                                      PLAINTIFF

V.                                  CASE NO. 5:16-CV-00369-JM

WENDY KELLEY, et al.                                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE